IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACQUELINE N., et al. : CIVIL ACTION
:
v. :
:
THE SCHOOL DISTRICT OF : NO. 19-3748
PHILADELPHIA, et al. :

ORDER

AND NOW, this 31st day of January, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants to dismiss Counts III and IV of the first amended complaint is GRANTED insofar as those counts contain claims for retaliation under the Americans with Disabilities Act and § 504 of the Rehabilitation Act.

(2) the motion of defendants to dismiss Count V of the first amended complaint is GRANTED; and

(3) the motion of defendants to dismiss the first amended complaint is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.